

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sheriff Deputy Wade
   Richmond County Sheriff's Office
   400 Walton Way
   Augusta, GA 30901

   9590 9402 7685 2122 4968

2. Article Number (Transfer from service label)
   7009 0080 000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signature)_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Yardly Alcantara
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**USPS TRACKING #**

9590 9402 7685 2122 4968 17

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

U. S. Marshals Service
124 Barnard Street
Savannah, GA  31401

CV122-0127