IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JAMES L. WINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 122-127 |
| | ) |
| SHERIFF RICHARD ROUNDTREE, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Defendants Roundtree and John Does One through Eleven for failure to state a claim upon which relief may be granted, as well as official capacity claims for money damages against all Defendants. This case shall proceed against Defendants Cuonzo-Simmons, Kennedy, Schaffer, Sanderson, Lewis, Wade, and Williams as described in the Magistrate Judge's January 17, 2023 Order. (Doc. no. 40.)

SO ORDERED this 16th day of February, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA