In THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

James L. Winn,
                Plaintiff

v.                                                   CV No. 122-127

Sheriff Deputy Zachary
Cuonzo-Simmons, et al,
                Defendants.

NOTICE OF CHANGE OF ADDRESS

On march 14th, 2023, the plaintiff was transferred from the north Broward Bureau, Post office Box 407037, Fort Lauderdale, Florida 33340 to the South Florida Reception Center-main unit, 14000 NW 41st Street, Doral, Florida 33178.

Date: 03/22/2023
Respectfully Submitted,

James L. Winn, #D52341
South Florida Reception Center-main unit
14000 NW 41st Street
Doral, FL. 33178

PROVIDED TO SOUTH FLORIDA RECEPTION CENTER on 03/27/2023 FOR MAILING.
BY: _____
OFFICER'S INITIALS

In THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

James L. Winn,
Plaintiff

v.

CV No. 1:22-127

Sheriff Deputy Zachary
Cuonzo-Simmons, et al,
Defendants.

## CERTIFICATE OF SERVICE

I, James L. Winn, THE plaintiff do hereby certify that the information prescribed to here in the foregoing notice of Change of Address was served with the Clerk of the Court with a copy using the institutional method of sending legal mail via United States Postal Service by depositing in the mailbox within the institution, and that the defendants was served using the same method with proper postage affixed to the envelope to the defendants attorney office at:

Tameka Haynes, Attorney
Frails & Wilson
Attorneys At Law
211 Pleasant Home Road
Suite A-1
Augusta, GA. 30907

This 22nd day of March

Date: 03/22/2023
Respectfully Submitted,
/s/ James Winn
James L. Winn, #D52341
South Florida Reception Center - main unit
14000 NW 41st Street
Doral, FL. 33178

Page 2 of 2

James L. W[...] #D5[...]
South Florida Reception Center-Main Unit
14000 NW 41st Street
Doral, FL. 33178

MIAMI FL 330
22 MAR 2023 PM 5 L

PROVIDED TO
SOUTH FLORIDA RECEPTION CENTER
on 03/22/2023 FOR MAILING.
BY: [signature]
OFFICER'S INITIALS

Clerk
U.S. District Court
Southern District of Georgia
P.O. Box 1130
Augusta, GA. 30903

30903-113030

"Legal mail"