IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JAMES L. WINN, | ) |
| Plaintiff, | ) |
| v. | ) CV 122-127 |
| SHERIFF DEPUTY ZACHARY CUONZO-SIMMONS, et al., | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** the case without prejudice under the conditions described in the Report and Recommendation, (doc. no. 60, pp. 5-6), and **DENIES AS MOOT** Defendants' motion for summary judgment, (doc. no. 57). The Court **DIRECTS** the Clerk to terminate all pending motions and deadlines, enter an appropriate judgment, and **CLOSE** this civil action.

SO ORDERED this 21st day of September, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA